Robert C. Schermer, Esq.
Greene Hamrick Quinlan & Schermer, P.A.
Post Office Box 551
Bradenton, Florida 34206
(941) 747-1871
Attorneys for First Bank

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| LANCE A. BIEKER, | Case No: 8:19-bk-00023-MGW |
| Debtors. | **NOTICE OF APPEARANCE REQUEST FOR NOTICES** |
| _____ / | |

FIRST BANK, by and through the undersigned counsel, hereby gives notice of appearance and request for notices in the above-styled action. All papers and notices filed with the Court should be sent to the undersigned counsel at the address indicated.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system at the time of filing to United States Trustee – TPA 7/13, 7, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, Florida 33602, email: USTPRegion21.TP.ECF@USDOJ.GOV, and by prepaid, first class United States mail on this 7th day of January, 2019, to the following persons:

Lance A. Bieker
3016 Bay Drive
Bradenton, FL 34207

Christopher Mat Hittel, Esq.
Hittel Law, P.A.
333 Sixth Avenue West
Bradenton, FL 34205

Kelly Remick, Chapter 13 Standing Trustee
P. O. Box 6099
Sun City, FL 33571-6099

GREENE HAMRICK QUINLAN
& SCHERMER, P.A.

_/s/ Robert C. Schermer_
Robert C. Schermer, Esquire
Florida Bar No. 380741
Post Office Box 551
Bradenton, Florida 34206
Telephone: (941) 747-1871
Facsimile: (941) 747-2991
Primary: rschermer@manateelegal.com
Secondary: estratton@manateelegal.com
Attorneys for First Bank