UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Lance Bieker                                               Case No.: 8:19-bk-00023-MGW
Debtor.                                                                 Chapter 13
_____/

## DEBTOR'S MOTION TO VACATE ORDER DISMISSING CASE

Debtor, Lance Bieker, by and through the undersigned attorney, moves to Vacate the Court's Order Dismissing Case (Doc. 56) entered on May 10, 2019, and as grounds for the motion states as follows:

1. The Order Dismissing Case (Doc. 56) was entered for the Debtor's failure to pay the filing fee of $310. The Debtor requests relief from this Order because it arises from independent errors of the Debtor and his counsel.

2. The Debtor was approved to pay the filing fee in installments (Doc. 8). Around the time the installments were to conclude (early April), the undersigned was informed by the Debtor that the installment payments had been incorrectly included with his payments to the Chapter 13 trustee (rather than paid to the Clerk of Court.)

3. The undersigned contacted the Trustee's office, and was informed that the Trustee could not remit the filing fee on Debtor's behalf without a Court Order. The Debtor filed a Motion to direct the Trustee to remit the payment to the Clerk of Court (Doc. 49). The Motion was noticed for hearing at the same time of the confirmation hearing scheduled for May 6, 2019 (Doc. 50.)

4. The Filing Fee Motion was then denied because counsel inadvertently failed to appear for it.

5. To explain, before the hearing on confirmation and the Filing Fee Motion, the undersigned conferred with the Trustee's office concerning confirmation, where it was agreed that

confirmation should be continued. Although the Filing Fee Motion was not addressed in those discussions, the undersigned was left with the mistaken impression that the Filing Fee Motion was unopposed and that it was unnecessary to appear for the hearing.

6.  At the same time of the filing of this Motion, the undersigned is sending the payment for the filing fee to the Clerk of Court.

**WHEREFORE,** it is respectfully requested that the Court vacate the Order Dismissing Case (Doc. 56).

**DATED** this 14th day of May, 2019.

/s/ Christopher Mat Hittel
Christopher Mat Hittel, Esquire
Fla. Bar No. 0696048
HITTEL LAW, P.A.
333 6th Avenue West
Bradenton, FL 34205
Phone: (941)746-7777
Fax: (941) 746-1133
service@hittellaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following parties via US Mail or ECF electronic notification, as indicated, on this 14th day of May, 2019:

Lance Bieker
2408 49th Avenue W
Bradenton, FL 34207
(Via US Mail)

United States Trustee
(Via ECF Notification)

Kelly Remick
Chapter 13 Standing Trustee
(Via ECF Notification)

All Creditors on the attached mailing matrix.
(Via US Mail)

/s/ Christopher Mat Hittel
Christopher Mat Hittel, Esquire

```
Label Matrix for local noticing        First Bank                              Manatee County Tax Collector
113A-8                                 First Bank                              1001 3rd Ave W, Suite 240
Case 8:19-bk-00023-MGW                 c/o Robert C. Schermer, Esq.            Bradenton, FL 34205-7871
Middle District of Florida             P. O. Box 551
Tampa                                  Bradenton, FL 34206-0551
Tue May 14 14:13:59 EDT 2019

Laurie Parker                          William D Parker Jr.                    Parker Family Trust, dated November 8, 1995
715 Poinsettia Ave                     715 Poinsettia Ave                      715 Poinsettia Ave
Ellenton, FL 34222-2424                Ellenton, FL 34222-2424                 Ellenton, FL 34222-2424

U.S. Bank National Association         CLUSIA, LLC                             Centennial Bank, successor by merger
SHD Legal Group P.A.                   SUITE 425                               to Stonegate Bank
POB 19519                              200 S PARK ROAD, SUITE 425              c/o Thompson Commercial Law Group
Ft Lauderdale, FL 33318-0519           HOLLYWOOD, FL 33021-8362                412 E. Madison Street, Suite 900
                                                                               Tampa, FL 33602-4617

EMERALD TAX, LLC                       EMERALD TAX, LLC                        Evermore Funding LLC - 18
200 S Park Road, Suite 425             SUITE 425                               PO Box 645040
Hollywood, FL 33021-8362               200 S PARK ROAD, SUITE 425              Cincinnati OH 45264-5040
                                       HOLLYWOOD, FL 33021-8362

Fairway Center Condo. Assoc.           Gerald L. Jones                         Internal Revenue Service
9031 Town Center Parkway               1712 54th St. Ct W                      P.O. Box 7346
Bradenton, FL 34202-4150               Bradenton, FL 34209-5044                Philadelphia, PA 19101-7346

Laurie Parker                          Manatee County Tax Collector            Parker Family Trust
c/o Timothy Weber                      1001 3rd Avenue West                    c/o Timothy Weber
Weber Crabb Wein                       Suite 240                               Weber Crabb Wein
5453 Central Avenue                    Bradenton, FL 34205-7871                5453 Central Avenue
Saint Petersburg, FL 33710-8049                                                Saint Petersburg, FL 33710-8049

(p)PORTFOLIO RECOVERY ASSOCIATES LLC   U.S. BANK NATIONAL ASSOCIATION          William Parker
PO BOX 41067                           Rushmore Loan Management Services LLC   c/o Timothy Weber
NORFOLK VA 23541-1067                  P.O. Box 55004                          Weber Crabb Wein
                                       Irvine CA 92619-5004                    5453 Central Avenue
                                                                               Saint Petersburg, FL 33710-8049
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Fairway Center Condominium Association, In     (u)Centennial Bank +

End of Label Matrix
Mailable recipients    20
Bypassed recipients     2
Total                  22