UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:19-bk-00023-MGW
Chapter 13

LANCE A. BIEKER,
Debtor(s)[1]

_____/

**TRUSTEE'S RESPONSE TO DEBTOR'S
MOTION TO SELL PROPERTY (DOC. NO. 67)**

**COMES NOW**, Kelly Remick, the Chapter 13 Standing Trustee, by and through her undersigned attorney, and files this, Trustee's Response to Debtor's Motion to Sell Property (Doc. No. 67) and would state as follows:

1. The Debtor's Motion cannot be agreed to at this time by the Trustee and may present some issues that must be heard by the Court.

2. The Court should set this matter down for a hearing.

**WHEREFORE**, the Trustee would pray this Court to set the above matter for hearing, and for any and all such other relief as this Court shall deem appropriate and just.

**I HEREBY CERTIFY** that a true and correct copy of the Trustee's Response to Debtor's Motion to Sell Property (Doc. No. 67) was furnished electronically by CM/ECF and/or by First Class U.S. Mail to LANCE A. BIEKER, 2408 49th Avenue West, Bradenton, Florida 34207 and CHRISTOPHER HITTEL, HITTEL LAW, P.A., 333 Sixth Avenue West, Bradenton, Florida 34205, on this 2nd day of July, 2019.

/s/ William C. Harrison, Esquire
WILLIAM C. HARRISON, ESQUIRE
Post Office Box 6099
Sun City Center, Florida 33571-6099
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0896731
Attorney for the Trustee

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.